No. 16-11867

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

◆

PLANNED PARENTHOOD SOUTHEAST, INC., et al.,
*Plaintiffs-Appellees,*

**v.**

LUTHER STRANGE, *et al.*,
*Defendants-Appellants.*

◆

On Appeal from the United States District Court
for the Middle District of Alabama
Case No. 2:13-CV-00405-MHT-TFM

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF

| | |
|---|---|
| | LUTHER STRANGE<br>*Alabama Attorney General* |
| P. Brian Hale<br>*General Counsel* | Andrew L. Brasher<br>*Alabama Solicitor General* |
| Bethany L. Bolger<br>*Asst. Gen. Counsel* | James W. Davis<br>William G. Parker, Jr. |
| ALABAMA DEPARTMENT OF PUBLIC HEALTH<br>P.O. Box 303017<br>Montgomery, AL 36130<br>(334) 206-5209 | Laura E. Howell<br>Kyle A. Beckman<br>*Asst. Ala. Attorneys General*<br><br>STATE OF ALABAMA<br>OFFICE OF THE ATTORNEY GENERAL<br>501 Washington Avenue<br>Montgomery, AL 36130<br>(334) 242-7300 |
| *Counsel for Defendant-Appellant Williamson* | *Counsel for Defendants-Appellants Strange, Bailey, Falls, and Rich* |

*Planned Parenthood Southeast, et al., v. Strange*
No. 16-11867

### CERTIFICATE OF INTERESTED PARTIES

Pursuant to Eleventh Circuit Rule 26.1-1(a)(2), counsel for Luther Strange, Daryl Bailey, Ashley Rich, and Brandon Falls hereby certify that the following persons and entities have an interest in the outcome of this case:

The American Civil Liberties Union Foundation

The American Civil Liberties Union Foundation of Alabama

Ayers, June

Bailey, Hon. Daryl

Beck, Andrew

Beckman, Kyle

Bentley, Hon. Robert

Bolger, Bethany L.

Brasher, Andrew L.

Brooks, Kiwana

Byrne, David

Camp, Susan Talcott

Dalven, Jennifer

Davis, James W.

Evans, Roger K.

Falls, Hon. Brandon

Flaxman, Carrie Y.

Fleming, Margaret L.

Fox, Staci

Fredin, Lesley R.

Griffith, Dyanne M.

Hale, P. Brian

Howell, Laura E.

Ivie, Patricia

Kaye, Julia H.

Killough, Lindsey

Kirkpatrick, Megan

Kolbi-Molinas, Alexa

Marshall, Randall C.

Moorer, Hon. Terry S.

Neiman, John

Paradis, Renee

Parker, William G., Jr.

Perryman, Skye L.

Planned Parenthood Federation of America

Planned Parenthood Southeast, Inc.

Ratakonda, Maithreyi

Reproductive Health Services

Rich, Hon. Ashley

Roe, Dr. Mary, M.D.

Sabel, M. Wayne

Sandman, Jennifer

Spangenberg, Malgorzata

Stark, Emily Lowry

Strange, Hon. Luther

Thompson, Hon. Myron H.

Williamson, Dr. Donald E., M.D.

Wilmer Cutler Pickering Hale & Dorr L.L.P.

*Planned Parenthood Southeast, et al., v. Strange*
No. 16-11867

        Respectfully submitted,

        LUTHER STRANGE
          *Alabama Attorney General*

          s/Andrew L. Brasher

        Andrew L. Brasher
        *Ala. Solicitor General*

        James W. Davis
        William G. Parker, Jr.
        Laura E. Howell
        Kyle A. Beckman
        *Asst. Ala. Attorneys General*

        *Counsel for Defendants-Appellants*
        *Strange, Bailey, Falls, and Rich*

**OFFICE OF THE ATTORNEY GENERAL**
501 Washington Avenue
Post Office Box 300152
Montgomery, AL 36130-0152
(334) 242-7300
(334) 242-4890 – FAX
abrasher@ago.state.al.us

          s/P. Brian Hale

        P. Brian Hale
        *General Counsel*

        Bethany L. Bolger
        *Asst. General Counsel*

        *Counsel for Defendant-Appellant*
        *Williamson*

**ALABAMA DEPARTMENT OF PUBLIC HEALTH**
P.O. Box 303017
Montgomery, AL 36130
(334) 206-5209
brian.hale@adph.state.al.us

### MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF

This appeal concerns the constitutionality of an Alabama law that is identical in all relevant respects to a Texas law at issue in a case currently pending in the United States Supreme Court. The Supreme Court will resolve the constitutionality of Texas's law by the end of June 2016. With the support of the Appellees, the Appellants respectfully request an extension of the briefing schedule in this case because of the press of other business and to allow the parties and court to benefit from the Supreme Court's forthcoming decision in the Texas case. After conferring with the Appellees and upon the Appellees' request, the Appellants request that their initial brief be due on September 16, 2016. In support of this motion, the Appellants state as follows:

1.     In the wake of the Kermit Gosnell scandal, Texas, Wisconsin, and Alabama enacted laws that required abortion doctors to maintain staff privileges at one or more local hospitals. Abortion clinics challenged the constitutionality of these laws under *Planned Parenthood of Southeastern Pennsylvania v. Casey*, 505 U.S. 833 (1992). A circuit split developed. The Fifth Circuit held the Texas law to be constitutional. *See Whole Woman's Health v. Hellerstedt,* 790 F.3d 563 (5th Cir. 2015)*; Planned Parenthood of Greater Tex. Surgical Health Servs. v. Abbott*, 734 F.3d 406 (5th Cir. 2013). The Seventh Circuit held the identical Wisconsin law to

1

be unconstitutional. *See Planned Parenthood of Wis., Inc. v. Schimel,* 806 F.3d 908 (7th Cir. 2015); *Planned Parenthood of Wis., Inc. v. Van Hollen*, 738 F.3d 786 (7th Cir. 2013).

2.     The U.S. Supreme Court granted certiorari to consider the constitutional challenge to Texas's law and resolve the circuit split. *See Whole Woman's Health v. Hellerstedt,* 136 S.Ct. 499 (2015). The Court held oral argument on March 2, 2016. The Court will issue an opinion in the case no later than the end of the 2015 Term—around June 30.

3.     The instant appeal arises from a constitutional challenge to Alabama's Women's Health and Safety Act, which, like the Texas and Wisconsin laws, requires abortion doctors to maintain staff privileges at a local hospital. The district court held a multi-week bench trial in 2014. The district court entered a final judgment holding the law unconstitutional in 2016. The law has never been enforced.

4.     The Appellants are state officials. Appellants and counsel for Appellants request an extension of the briefing schedule for three reasons.

5.     First, an extension of the briefing schedule will allow the Appellants to prepare and file their brief after the Supreme Court resolves the Texas case. Appellants' initial brief is currently due on June 1, 2016, almost a month before the Supreme Court is likely to resolve the Texas case. The Court's opinion in the Texas case will have a significant impact on the arguments in this case. No matter how the

Supreme Court resolves the Texas case, the Supreme Court's reasoning will be binding on this Court. And the Appellants' initial brief will not be helpful for this Court if it must be filed before the Supreme Court announces its decision. Moreover, the Appellants will likely be prejudiced by the current briefing schedule because they will have to prepare and file a principal brief before the Supreme Court's decision, but the Appellees may not. It would conserve judicial resources and the resources of the parties to have a single round of briefing after the Supreme Court rules in the Texas case.

6. Second, even if the Supreme Court were not poised to issue a controlling opinion on the constitutionality of these kinds of state laws, the undersigned counsel would need additional time to prepare Appellants' initial brief. This is a complex constitutional appeal that arises from a multi-week bench trial. It raises questions of first impression that have split the circuits and resulted in the Supreme Court's granting a petition of certiorari. It has also been approximately two years since the case was tried, which requires counsel to re-familiarize themselves with the record and legal arguments. In fact, several lawyers who worked on the trial of the case are no longer employed by the State of Alabama.

7. Third, counsel for the Appellants request an extension because of the press of other business. The undersigned counsel and his colleagues have the following litigation deadlines and events that warrant an extension:

3

> Pre-trial discovery and associated motions practice in the Voter ID case of *Greater Birmingham Ministries v. Alabama*, 2:15-cv-02193 (N.D. Ala.);
> Pre-trial discovery and associated motions practice in Ex Post Facto case *John Does 1-8 v. Luther Strange, et al.*, Case No. 15-cv-606 (M.D. Ala.);
> Pre-trial discovery and associated motions practice in the First Amendment case *Ricky Martin v. Randall Houston, et al.*, Case No. 2:14-cv-905(M.D. Ala.);
> Motion to dismiss in *Lewis et al. v. Bentley et al*, (N.D. Alabama) due on May 26;
> Oral Argument, *West Virginia et al. v. EPA*, No. 15-1363 (DC Circuit), June 2 &3;
> Bench Trial in *CSX v. Alabama*, Northern District of Alabama, June 11 & 12;
> Brief in *Neelley v. Walker*, 16-11720 (11th Cir) due on June 30, 2016;
> Brief in *Maples v. Commissioner*, 15-14586 (11th Cir)(Death penalty) due on July 30, 2016.

Several lawyers also have preexisting summer vacation plans in the months of May and June.

8.    Counsel for the Appellants has consulted with counsel for the Appellees and the Appellees concur that briefing should be delayed to give the parties adequate time to consider the Supreme Court's decision in *Whole Woman's Health v. Hellerstedt*. Although the Appellants had initially proposed mid-August for their principal brief, because of their vacation plans and work schedules through September, counsel for Appellees requested that the briefing be scheduled so that their response would not be due until October.

4

The Appellants respectfully request that the Court extend the time for filing Appellants' brief up to and including September 16, 2016.

Respectfully submitted this 16th day of May, 2016.

        LUTHER STRANGE
         *Alabama Attorney General*

         s/Andrew L. Brasher
        Andrew L. Brasher
        *Ala. Solicitor General*
        James W. Davis
        William G. Parker, Jr.
        Laura E. Howell
        Kyle A. Beckman
        *Asst. Ala. Attorneys General*

        *Counsel for Defendants-Appellants*
        *Strange, Bailey, Falls, and Rich*

**OFFICE OF THE ATTORNEY GENERAL**
501 Washington Avenue
Post Office Box 300152
Montgomery, AL 36130-0152
(334) 242-7300
abrasher@ago.state.al.us

         s/P. Brian Hale
        P. Brian Hale
        *General Counsel*
        Bethany L. Bolger
        *Asst. General Counsel*

        *Counsel for Defendant-Appellant*
        *Williamson*

**ALABAMA DEPARTMENT OF PUBLIC HEALTH**
P.O. Box 303017
Montgomery, AL 36130
(334) 206-5209
brian.hale@adph.state.al.us

## CERTIFICATE OF SERVICE

I certify that on May 16, 2016, I electronically filed this document using the Court's CM/ECF system, which will serve notice of such filing on the following:

Carrie Y. Flaxman
Jennifer Sandman
Maithreyi Ratakonda
PLANNED PARENTHOOD FEDERATION OF AMERICA
434 W. 33rd Street
New York, NY 10001
carrie.flaxman@ppfa.org
jennifer.sandman@ppfa.org
mai.ratakonda@ppfa.org
212.541.7800

M. Wayne Sabel, Sr.
SABEL & SABEL, P. C.
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106
waynesabel@sabellaw.com

Alexa Kolbi-Molinas
Andrew David Beck
Susan Talcott Camp
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street, 18th Floor
New York, NY 10004
akolbi-molinas@aclu.org
abeck@aclu.org
tcamp@aclu.org
212.549.2633

Randall C. Marshall
ACLU FOUNDATION OF ALABAMA, INC.
900 S. Perry Street, Suite B
Montgomery, AL 36104
rmarshall@aclualabama.org
334.265.2754

s/ Andrew L. Brasher
Andrew L. Brasher
*Alabama Solicitor General*